Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 JUN 24 AM 11: 39

CLERK U.S. DIST...
SOUTHERN DISTRICT OF CAL...

BY: Ea
DEPUTY

ADVANCED SURGICAL DESIGN AND MANUFACTURE LIMITED, an Australian company,

vs

PORTLAND ORTHOPAEDICS PTY. LTD., an Australian company, and PORTLAND ORTHOPAEDICS INCORPORATED, a Michigan corporation,

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1117 WQH NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JONES DAY
NICOLA A. PISANO, ESQ.
REGIS C. WORLEY, JR., ESQ.
12265 El Camino Real, Suite 200
San Diego, CA 92130

JONES DAY
MARK G. PAULSON, ESQ.
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 2 4 2008
DATE

By  LLOYD , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR